**Opinion issued September 27, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00705-CV

————————————

## IN RE SPRING-KLEIN SPORTS ASSOCIATION, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Spring-Klein Sports Association, Inc., has filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52. Spring-Klein contends that the trial court abused its discretion by overruling Spring-Klein's objections to numerous interrogatories and requests

for production propounded by real party in interest, Mary York.[*] The complained-of rulings are contained in an order signed by the trial court on July 16, 2012. Spring-Klein requests this Court to order the trial court to vacate the portions of the order overruling Spring-Klein's objections to York's discovery requests.

We deny Spring-Klein's petition for writ of mandamus. We also deny York's motion to strike portions of Spring-Klein's mandamus or, in the alternative, dismiss this mandamus proceeding.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[*] The respondent is the Hon. Jaclanel McFarland. This original proceeding arises out of Cause No. 2011-76961, styled *York v. Spring-Klein Sports Assoc., Inc.*, 133rd District Court, Harris County, the Hon. Jaclanel McFarland, presiding.